Index # **15-CV-10186**

Attorney(s)                                                                 Purchased/Filed:

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |

Ge Chun Wen on behalf of herself and others similarly situated

Plaintiff

against

Hair Party 24 Hours Inc dba Hair & Spa Party 24 Hours et al                 Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY     )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 55 yrs

Weight: 120lbs   Height: 5'1   Sex: female   Color of skin: white

Hair color: brown   Other: _____

_____Sean Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   December 9, 2016  , at  11:19 AM , at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Complaint

on
**Hair 24 Hours Inc dba Hair & Spa Party 24 Hours**
,
the Defendant in this action, by delivering to and leaving with    Nancy Dougherty
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of    40    dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

9th  day of    December 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

**Invoice·Work Order #** 1626666
Attorney File #   **Wen**

```
                     State of New York - Department of State
                                Receipt for Service

Receipt #:   201612140385                            Cash #: 201612140028
Date of Service:  12/09/2016                         Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  HAIR 24 HOURS, INC.


Plaintiff/Petitioner:
          WEN, GE CHUN




Service of Process Address:
HAIR 24 HOURS, INC.
450 PARK AVENUE SOUTH
NEW YORK,  NY 10016

                                                        Secretary of State
                                                        By   NANCY DOUGHERTY
```