Index # **15-CV-10186**
Purchased/Filed:

Attorney(s)

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Ge Chun Wen on behalf of herself and others similarly situated

Plaintiff

against

Hair Party 24 Hours Inc dba Hair & Spa Party 24 Hours et al     Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 55 yrs

Weight: 120lbs   Height: 5'1   Sex: female   Color of skin: white

Hair color: brown   Other: _____

Sean Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on December 9, 2016, at 11:19 AM, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons in a Civil Action & Complaint

on

**Hair Party 24 Hours Inc dba Hair & Spa Party 24 Hours**,

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

9th day of December 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

**Invoice·Work Order #** 1626664
Attorney File # **Wen**

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  201612130477                          Cash #: 201612130095
Date of Service:  12/09/2016                      Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  HAIR PARTY 24 HOURS INC.



Plaintiff/Petitioner:
        WEN, GE CHUN



Service of Process Address:
JIHEE KIM SPROCH
76 MADISON AVENUE
GROUND FLOOR
NEW YORK,  NY 10016
                                                  Secretary of State
                                                  By  NANCY DOUGHERTY
```