

P181869

| | |
|---|---|
| GE CHUN WEN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br>PLAINTIFF<br>- vs -<br>HAIR PARTY 24 HOURS INC. D/B/A HAIR & SPA PARTY 24 HOURS ET-AL<br>DEFENDANT | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br>Docket No. 15-CV-10186 |

**Person to be Served**
JIN WOO AHN A/K/A JINU SPROCH
384 NELSON AVENUE
CLIFFSIDE PARK, NJ 07010

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND AMENDED COMPLAINT, PRAYER FOR RELIEF, PROOF OF SERVICE
**Service Data:**
Served Successfully **X**  Not Served _____  Date: 12/27/2016  Time: 7:00PM  Attempts: _____

____ Delivered a copy to him/her personally

**X** Left a copy with a competent household member of over 14 years of age residing therein.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

JOHN DOE (REFUSED NAME)

RESIDENT

**Description of Person Accepting Service:**
SEX: **MALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **50-55**   APP. HT: **5'9**   APP. WT: **170**
OTHER:

**Comments Or Remarks:** REFUSED MILITARY AND MARITAL STATUS. ON 12/29/2016, A COPY OF DOCUMENTS MAILED BY FIRST CLASS IN THE UNITED STATES MAIL MARKED PERSONAL AND CONFIDENTIAL NOT INDICATING THE RETURN ADDRESS.

Sworn to before me this
30 day of DEC, 2016

[signature]

SHANNON D SMITH
Commission # 2455312
Notary Public, State of New Jersey
My Commission Expires
July 22, 2021

I, DANIEL BATISTA, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Process Server Date

Client File Number:

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-10186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jin Woo Ahn  A/K/A  Jinu Sproch__
was received by me on *(date)* __12·16·2016__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __John Doe__
__Resident__, a person of suitable age and discretion who resides there,
on *(date)* __12-27-2016__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __12·29·2016__

_____
Server's signature

__Daniel Batista__, __Process Server__
Printed name and title

__2333, U.S. 22 W, Union, NJ 07083__
Server's address

Additional information regarding attempted service, etc: