**TROY LAW, PLLC**
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   troylawpllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

June 6, 2017

**VIA ECF**
Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

   **Re:** **Proposed Clerk's Certificate of Default**
     *Wen v. Hair Party 24 Hours Inc. et al.*, 15-cv-10186 (ER)

Dear Ms. Krajick,

  Pursuant to Rule 16.1(b) of the electronic Case Filing Rules and Instructions of the United States District Court of the Southern District of New York, please find attached the Proposed Clerk's Certificate of Default for the above-captioned matter.

  Thank you for your time and attention to this matter.

              Very truly yours,
              Troy Law, PLLC


              /s/ John Troy
              John Troy (JT0481)
              41-25 Kissena Boulevard, Suite 119
              Flushing, NY 11355
              Tel: (718) 762-1324
              johntroy@troypllc.com
              *Attorney for Plaintiffs*