USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/17

TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Fax: (718) 762-1342
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

GE CHUN WEN
*on behalf of himself and others similarly situated*
                                           Plaintiff

-against-

HAIR PARTY 24 HOURS INC.
    d/b/a Hair & Spa Party 24 Hours;
HAIR 24 HOURS, INC.
    d/b/a Hair & Spa Party 24 Hours;
JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xin
    Kin; and
JIN WOO AHN a/k/a Jinu Sproch;
                                           Defendants.

---------------------------------------------------------------x

Case No: 15-cv-10186

**CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the original Complaint in this action was filed on January 10, 2016 and that Corporate Defendants Hair Party 24 Hours Inc. and Hair 24 Hours, Inc. were properly served the original Summons and original Complaint on April 6, 2016 pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure with proofs of service filed on April 8, 2016. Individual Defendant Jihee Sproch Kim was properly served the original Summons and original Complaint on April 6, 2016 pursuant to Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure, with proofs of service filed on April 8, 2016. The Individual Defendant then called "John Doe" was properly served on April 6, 2016

pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and § 308(1) of the New York Civil Practice Law and Rules, with proofs of service filed on April 12, 2016.

I further certify that a review of the docket entries indicates that Corporate Defendants Hair Party 24 Hours Inc. and Hair 24 Hours Inc., and Individual Defendants Jihee Sproch Kim and "John Doe," have not filed an Answer to the original Complaint herein nor otherwise moved with respect thereto, and that the time to answer the original Complaint or to so move has expired.

I further certify that the docket entries in the above-entitled action indicate that the Amended Complaint, with the name "John Doe" corrected to Jin Woo Ahn, was filed on November 18, 2016. Corporate defendants Hair Party 24 Hours Inc. and Hair 24 Hours, Inc. were properly served the Amended Summons and Amended Complaint on December 09, 2016 pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure and § 306(b)(1) of the New York Business Corporation Law, with proofs of service filed on December 21, 2016. Individual Defendants Jihee Sproch Kim and Jin Woo Ahn were properly served the Amended Summons and Amended Complaint on December 27, 2016 pursuant to Rule 4(e)(2)(B) of the Federal Rules of Civil Procedure, with proofs of service filed on January 09, 2017.

I further certify that a review of the docket entries indicates that Corporate Defendants Hair Party 24 Hours Inc. and Hair 24 Hours Inc., and Individual Defendants Jihee Sproch Kim and Jin Woo Ahn, have not filed an Answer to the Amended Complaint herein nor otherwise moved with respect thereto, and that the time to answer the Amended Complaint or to so move has expired.

The default of Corporate Defendants Hair Party 24 Hours Inc. and Hair 24 Hours Inc., and Individual Defendants Jihee Sproch Kim and Jin Woo Ahn, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: June 29, 2017
New York, NY

**Ruby J. Krajick**
Clerk of the Court

By: _____
Deputy Clerk