**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GE CHUN WEN,
*on behalf of herself and others similarly situated*
                                      Plaintiff,

                                v.

HAIR PARTY 24 HOURS INC.                        **Case No: 15-cv-10186**
   d/b/a Hair & Spa Party 24 Hours;
HAIR 24 HOURS, INC.                              **PROPOSED**
   d/b/a Hair & Spa Party 24 Hours;            **ORDER TO SHOW CAUSE**
JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi   **FOR DEFAULT JUDGMENT**
Kin;and
JIN WOO AHN a/k/a Jinu Sproch
                                    Defendants.
-----------------------------------------------------------X

      Upon the Affidavit of John Troy sworn to the 31st day of October 2018 and upon the copy of complaint and proof of services annexed herein, it is

      **ORDERED** that the above named Corporate Defendants HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours; Individual Defendants; JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin, and JIN WOO AHN a/k/a Jinu Sproch, show cause before the District Judge Edgardo Ramos at United States District Court for the Southern District of New York, Courtroom 619, 40 Foley Square, New York, NY 10007 on November _____ , 2018 at \_\_\_\_\_ or as soon thereafter as counsel can be heard, why an Order for Default Judgment should not be entered pursuant to Rule 55 (b) of the Federal Rules of Civil Procedure in favor of Plaintiff GE CHUN WEN, (on behalf of herself and others similarly situated) for the following relief:

Pursuant to FRCP Rule 55 (b) (2), directing that a Default Judgment, as to liability and damages, be entered against Corporate Defendants HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours; Individual Defendants; JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin, and JIN WOO AHN a/k/a Jinu Sproch.

    The Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a Default Judgment against them, in which event the Defendants will have no trial.

                        IT IS SO ORDERED.

Dated:                                                                                                         _____
            _____, 20\_\_\_\_                                                  Hon. Edgardo Ramos
                                                                                     United States District Judge