USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/5/19

TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel:   718) 762-1324
Fax:   (718) 762-1342
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GE CHUN WEN
*on behalf of themselves and others similarly situated*
                                Plaintiffs

              -against-

HAIR PARTY 24 HOURS INC.
    d/b/a Hair & Spa Party 24 Hours;
HAIR 24 HOURS, INC.
    d/b/a Hair & Spa Party 24 Hours;
    JIHEE SPROCH KIM a/k/a Jenny Kim and JIN
    WOO AHN a/k/a Jinu Sproch
                              Defendants.
------------------------------------------------------------X

Case No: ~~17-cv-10161~~ 15cv10186

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANTS**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, before the Honorable **EDGARDO RAMOS** at the United States Courthouse for the Southern District, located at Courtroom 619, 40 Foley Square, New York, NY 10007, on Dec. 6, 2019 at 10AM or as soon thereafter as counsel can be heard, why an Order for Default Judgment should not be entered pursuant to Rule 55 (b) of the Federal Rules of Civil Procedure in favor of Plaintiff GE CHUN WEN for the following relief:

for an Order granting judgment by default against Defendants HAIR PARTY 24 HOURS INC. d/b/a Hair and Spa Party 24 Hours; HAIR 24 HOURS, INC. d/b/a Hair and Spa Party 24 Hours; JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin, and JIN WOO AHN a/k/a Jinu Sproch pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

The Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a Default Judgment against them, in which event the Defendants will have no trial.

The Plaintiffs shall file proof of service of this Order to Show Cause by Nov. 11, 2019.

IT IS SO ORDERED.

Dated: Nov. 5, 2019

Hon. **EDGARDO RAMOS**
United States District Judge