UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE CHUN WEN
*on behalf of himself and others similarly situated*

                        Plaintiff,

– against –

HAIR PARTY 24 HOURS INC. *d/b/a Hair & Spa Party 24 Hours*; HAIR 24 HOURS, INC. *d/b/a Hair & Spa Party 24 Hours*; JIHEE SPROCH KIM *a/k/a Jenny Kim a/k/a Ji Xi Kin* and JIN WOO AHN *a/k/a Jinu Sproc*,

                        Defendants.

**ORDER**

15 Civ. 10186 (ER)

Ramos, D.J.:

      This action was commenced in the Southern District on January 10, 2016 with the filing of the Complaint (see Docket No. 1).

      The Summons to the Complaint against HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours, JIHEE SPROCH KIM a/k/a Jenny Kim and John Doe was issued on January 25, 2016 (see Docket No. 6).

      Corporate Defendant HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours was properly served the Summons on April 6, 2016 and the proof of service of filed on April 8, 2016 (see Docket No. 14). Corporate Defendant HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours was properly served the Summons on April 6, 2016 and the proof of service of filed on April 8, 2016 (see Docket No. 13).

      Individual Defendant JIHEE SPROCH KIM a/k/a Jenny Kim was properly served the Summons on April 6, 2016 and the proof of service was filed on April 8, 2016 (see

Docket No. 12). Individual Defendant John Doe was properly served on April 6, 2016 and the proof of service was filed on April 12, 2016 (see Docket No. 15).

Plaintiff filed his Request for Certificate of Default stating that the HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; and HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours; JIHEE SPROCH KIM a/k/a Jenny Kim, and John Doe were properly served and failed to appear on August 23, 2016 (see Docket No. 16).

The Clerk's Certificate against HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; and HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours; JIHEE SPROCH KIM a/k/a Jenny Kim, and John Doe was entered on October 12, 2016 (see Docket No. 17).

The Plaintiff filed Amended Complaint on November 18, 2016 and corrected the Individual Defendant JIHEE SPROCH KIM a/k/a Jenny Kim to JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin and corrected the Individual Defendant John Doe to JIN WOO AHN a/k/a Jinu Sproch (see Docket No. 18). Subsquently the Plaintiff proposed the amended Summons on November 29, 2016 (see Dockek No. 20) and the amended Summons was issued on Novembe 30, 2016 (see Docket No. 21).

Corporate Defendant HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours was properly served the Summons on December 9, 2016 and the proof of service of filed on December 21, 2016 (see Docket No. 23). Corporate Defendant HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours was properly served the Summons on Deember 9, 2016 and the proof of service of filed on December 21, 2016 (see Docket No. 22).

Individual Defendant JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin was properly served the Summons on December 27, 2016 and the proof of service was filed on January 9, 2017 (see Docket No. 25). Individual Defendant JIN WOO AHN a/k/a Jinu Sproch was properly served on December 27, 2016 and the proof of service was filed on January 9, 2017 (see Docket No. 24).

Plaintiff filed his Request for Certificate of Default stating that the Defendants HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours; JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin and JIN WOO AHN a/k/a Jinu Sproch were properly served and failed to appear on June 7, 2017 (see Docket No. 26).

The Clerk's Certificate against HAIR PARTY 24 HOURS INC. d/b/a Hair & Spa Party 24 Hours; and HAIR 24 HOURS, INC. d/b/a Hair & Spa Party 24 Hours; JIHEE SPROCH KIM a/k/a Jenny Kim a/k/a Ji Xi Kin, and JIN WOO AHN a/k/a Jinu Sproch was entered on June 29, 2017 (see Docket No. 27).

On January 3, 2019, Plaintiff properly filed a motion for default judgment, Doc. 32, and on June 27, 2019, Plaintiff properly filed a motion for attorneys' fees, Doc. 34. On December 6, 2019, the Court held a show-cause hearing at which only counsel for Plaintiff appeared.

## CONCLUSION

Accordingly, Plaintiff's motion for default judgment is GRANTED. The Clerk of Court is respectfully directed to refer this matter to the assigned magistrate judge, Judge Debra C. Freeman, for an inquest into damages and proper attorneys' fees.

It is SO ORDERED.

Dated: December 6, 2019
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.