# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GE CHUN WEN, on behalf of himself and others similarly situated,

                       Plaintiffs,

-against-

HAIR PARTY 24 HOURS INC., d/b/a HAIR & SPA PARTY 24 HOURS; HAIR 24 HOURS, INC., d/b/a HAIR & SPA PARTY 24 HOURS; JIHEE SPROCH KIM, d/b/a JENNY KIM; AND JOHN DOE,

                       Defendants.

-----------------------------------------------------------X

15 **CIVIL** 10186 (ER)(DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 2, 2021, Judge Freeman's R&R is ADOPTED in its entirety. In addition, the parties' failure to file written objections precludes appellate review of this decision. PSG Poker, LLC v. DeRosa-Grund, No. 06 Civ. 1104 (DLC), 2008 WL 3852051, at *3 (S.D.N.Y. Aug. 15, 2008) (citing United States v. Male Juvenile, 121 F.3d at 38). Pursuant to the R&R, judgment is entered against Defendants, jointly and severally in the following amounts: 1. $190,005.00 in unpaid overtime wages; 2. $190,005.00 in liquidated damages; 3. Prejudgment interest on the unpaid wages set out in paragraph 1, in the amount of: a. $116,938.97 up to February 11, 2021, plus b. Additional prejudgment interest at a rate of nine percent per annum, from February 11, 2021 through the date of final judgment in the amount of $6,605.93; 4. $10,000 in statutory damages for failure to provide wage statements and wage notices; 5. $13,594.05 in attorneys' fees; and 6. $400.00 in costs; accordingly, the case is closed.

**Dated:** New York, New York
         July 2, 2021

                                         **RUBY J. KRAJICK**

                                         **Clerk of Court**

**BY:**

                                         **Deputy Clerk**